**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ROBIN MOORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:18-CV-02097-JAR-JPO |
| | ) |
| **ADVANCE AMERICA,** | ) |
| **CASH ADVANCE CENTERS OF** | ) |
| **KANSAS, INC.** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Advance America, Cash Advance Centers of Kansas, Inc. makes the following disclosures:

Advance America, Cash Advance Centers of Kansas, Inc. is a wholly owned subsidiary of Advance America, Cash Advance Centers, Inc., which is a privately held corporation. Advance America, Cash Advance Centers, Inc. is a wholly-owned subsidiary of Eagle U.S. Sub, Inc., which is a wholly-owned subsidiary of Grupo Elektra, S.A.B. de C.V., which is publicly traded on the Bolsa Mexicana de Valores.

Respectfully submitted,

/s/ Elizabeth E. Tobin
Elizabeth E. Tobin       KS 21494
Chris R. Pace            KS 17178
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO  64111
816.471.1301
816.471.1303 *(Facsimile)*
elizabeth.tobin@ogletree.com
chris.pace@ogletree.com

**ATTORNEYS FOR DEFENDANT ADVANCE AMERICA, CASH ADVANCE CENTERS OF KANSAS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of April, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which served a copy on:

Kathryn S. Rickley, KS #23211
Matthew E. Osman, KS #23567
OSMAN & SMAY LLP
8500 W. 110th St., Suite 330
Overland Park, KS  66210
(913) 667-9243
krickley@workerwagerights.com
mosman@workerwagerights.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Elizabeth E. Tobin
**ATTORNEY FOR DEFENDANT**

33595446.1