### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| **ROBIN MOORE**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**ADVANCE AMERICA, CASH ADVANCE CENTERS OF KANSAS, INC.**<br><br>                              **Defendant.** | **Civ. No.: 2:18-cv-02097-JAR-JPO** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Robin Moore ("Plaintiff"), and Defendant Advance America, Cash Advance Centers of Kansas, Inc. ("Defendant"), by and through their undersigned counsel, stipulate to the dismissal with prejudice of all claims raised in the above-captioned matter in their entirety.

It is further stipulated that the parties will bear their respective costs, expenses and attorneys' fees.

Respectfully submitted this 17th day of August, 2018.

| | |
|---|---|
| *s/ Kathryn J. Rickley* | *s/ Elizabeth E. Tobin* |
| Kathryn J. Rickley, KS # 23211<br>Matthew E. Osman, KS # 23563<br>OSMAN & SMAY LLP<br>8500 W. 110th St., Suite 330<br>Overland Park, KS 66210<br>Office: (913) 667-9243 \| Fax: (866) 470-9243<br>krickley@workerwagerights.com<br>mosman@workerwagerights.com<br><br>**ATTORNEYS FOR PLAINTIFF** | Elizabeth E. Tobin, KS # 21494<br>Chris R. Pace, KS # 17178<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>4520 Main St., Suite 400<br>Kansas City, MO 64111<br>Office: (816) 471-1301 \| Fax: (816) 471-1303<br>elizabeth.tobin@ogletree.com<br>chris.pace@ogletree.com<br><br>**ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

Elizabeth E. Tobin
Chris R. Pace
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
4520 Main St., Suite 400
Kansas City, MO 64111
Phone: (816) 471-1301
Fax: (816) 471-1303
elizabeth.tobin@ogletree.com
chris.pace@ogletree.com

**ATTORNEYS FOR DEFENDANT**

    s/ Kathryn S. Rickley
**Attorney for Plaintiff**